08-00459 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: ___

V.

Supercuts d/b/a Supercuts.com,
Defendants

Complaint

Comes now Plaintiff Jonathan Lee Riches©, moves under 42 USC 1983, I seek $16 million and a beard trimmer. I'm in Solitary, I have no access to haircuts at FCI Williamsburg. I get a razor once a week, but can't shave for 6 other days with a dull razor. I can't get a Supercut, no beard trimming, this is unconstitutional.

Respectfully
Submitted

Jonathan Lee Riches©